Recording Requested By:
SELECT PORTFOLIO SERVICING, INC.

When Recorded Return To:

BILL KOCH
SELECT PORTFOLIO SERVICING, INC.
3815 SOUTH WEST TEMPLE
SALT LAKE CITY, UT 84115

## CORPORATE ASSIGNMENT OF MORTGAGE

Lincoln, Maine REFERENCE #: "RICHMOND"
INVESTOR #:
Assignment Prepared on: April 18th, 2012.

Assignor: NEW CENTURY MORTGAGE CORPORATION BY ITS ATTORNEY-IN-FACT SELECT PORTFOLIO SERVICING, INC. at C/O SELECT PORTFOLIO SERVICING 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115.

Assignee: US BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2005-HE8, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2005-HE8 at SELECT PORTFOLIO SERVICING INC 3815 SW TEMPLE, SALT LAKE CITY, UT 84115.

Executed By: ERIC RICHMOND To: NEW CENTURY MORTGAGE CORPORATION
Date of Mortgage: 08/09/2005 Recorded: 09/07/2005 in Book/Reel/Liber: 3547 Page/Folio: 230 as Instrument No.: 10160 In Lincoln County, State of Maine.

Property Address: 66 BACK MEADOW ROAD, NOBLEBORO, ME 04555

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with other evidence of indebtedness, said Mortgage having an original principal sum of $198,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

NEW CENTURY MORTGAGE CORPORATION BY ITS ATTORNEY-IN-FACT SELECT PORTFOLIO SERVICING, INC.
On APR 1 8 2012

By: _____
BILL KOCH, DOCUMENT CONTROL OFFICER

STATE OF UTAH
COUNTY OF SALT LAKE
On APR 1 8 2012, before me, SHIRLEY TUITUPOU, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared BILL KOCH, DOCUMENT CONTROL OFFICER, NEW CENTURY MORTGAGE CORPORATION BY ITS ATTORNEY-IN-FACT SELECT PORTFOLIO SERVICING, INC., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

SHIRLEY TUITUPOU
Notary Expires: 11/12/2012 #576792

SHIRLEY TUITUPOU
Notary Public State of Utah
My Commission Expires on:
November 12, 2012
Comm. Number: 576792

(This area for notarial seal)

*GEH*GLHAMRC*04/18/2012 11:09:18 AM* AMRC83AMRC0000000000000000474369* MELINCO* 309828818 MESTATE_MORT_ASSIGN_ASSN *ACK*ACKAMRC*

Received
LINCOLN COUNTY REGISTRY OF DEEDS
REBECCA S. WOTTON, REGISTER


EXHIBIT D