# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

Serving Massachusetts, Maine,
New York & New Hampshire
Hours: Monday – Friday 9 am – 4 pm
www.dgandl.com

100 Cummings Center, Suite 225D
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

April 26, 2021

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Eric Richmond a/k/a Eric H. Richmond
66 Back Meadow Road
Nobleboro, ME 04555

Certified Article Number
9414 7266 9904 2150 8809 26
SENDER'S RECORD

Eric Richmond a/k/a Eric H. Richmond
227 4th Avenue
Brooklyn, NY 11215

Certified Article Number
9414 7266 9904 2150 8809 19
SENDER'S RECORD

Eric Richmond a/k/a Eric H. Richmond
P.O. Box 139
Nobleboro, ME 04555-0139

Certified Article Number
9414 7266 9904 2150 8809 02
SENDER'S RECORD

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re: Property Address: 66 Back Meadow Road, Nobleboro, ME 04555
    Loan Number:
    Payment Due Date: February 1, 2012

Dear Mortgagor:

    This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8 and the Owner/Investor, U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8 pursuant to the terms of the subject Note,

**EXHIBIT E**

Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of New Century Mortgage Corporation its successors and assigns (if MERs) dated August 9, 2005 and recorded in the Lincoln County Registry of Deeds in Book 3547, Page 230. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Payments | $179,636.74 |
| Late Charges | $256.84 |
| Unapplied Balance | -$109.08 |

**TOTAL TO CURE DEFAULT:** $179,784.50

A portion of the amount due is reasonable interest in the amount of $109,313.50.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $179,784.50 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Select Portfolio Servicing, Inc., Payment Processing, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank National Association, as trustee, on behalf of the holders of

the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8

by its attorney

John A. Doonan, Esq.
Reneau J. Longoria, Esq.

JAD/RJL/MNK
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies
4002.67

This listing is current as of **12/17/2019**.

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** mdrost@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Counseling Services:** - Pre-purchase Counseling
- Rental Housing Counseling
**Languages:** - English
**Affiliation:**
**Website:** www.mainehousing.org
**Agency ID:** 81227

---

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** mdrost@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Counseling Services:** - Pre-purchase Counseling
- Rental Housing Counseling
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.mainehousing.org
**Agency ID:** 84456

---

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
BANGOR, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

---

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963-0114
**Toll Free:** 800-221-2221
**Fax:** 207-442-0122
**Email:** theresa.dow@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://midcoastmainecommunityaction.org
**Agency ID:** 80502

---

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510

```
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                     - Financial Management/Budget Counseling
                     - Home Improvement and Rehabilitation Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Predatory Lending Education Workshops
                     - Rental Housing Counseling
                     - Reverse Mortgage Counseling
                     - Services for Homeless Counseling
          Languages: - English
                     - Spanish
         Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
            Website: http://www.ceimaine.org
          Agency ID: 80985
```

```
        Agency Name: FOUR DIRECTIONS DEVELOPMENT CORPORATION
              Phone: 207-866-6545
          Toll Free:
                Fax: 207-866-6553
              Email: accounting@fourdirectionsmaine.org
            Address: 20 Godfrey Drive
                     ORONO, Maine 04473-3610
Counseling Services: - Financial Management/Budget Counseling
                     - Financial, Budgeting, and Credit Workshops
                     - Home Improvement and Rehabilitation Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
          Languages: - English
         Affiliation: MAINE STATE HOUSING AUTHORITY
            Website: www.fourdirectionsmaine.org
          Agency ID: 83879
```

```
        Agency Name: AVESTA HOUSING DEVELOPMENT CORPORATION
              Phone: 207-553-7780-3347
          Toll Free: 800-339-6516
                Fax: 207-553-7778
              Email: ndigeronimo@avestahousing.org
            Address: 307 Cumberland Avenue
                     PORTLAND, Maine 04101-4920
Counseling Services: - Financial Management/Budget Counseling
                     - Home Improvement and Rehabilitation Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Rental Housing Counseling
                     - Rental Housing Workshops
          Languages: - English
         Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
            Website: www.avestahousing.org
          Agency ID: 81144
```

```
        Agency Name: MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
              Phone: 866-232-9080
          Toll Free: 866-232-9080
                Fax: 866-921-5129
              Email: counselinginfo@moneymanagement.org
            Address: 477 Congress St
                     5th Floor
                     PORTLAND, Maine 04101-3427
Counseling Services: - Financial Management/Budget Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Rental Housing Counseling
          Languages: - English
                     - Spanish
         Affiliation: MONEY MANAGEMENT INTERNATIONAL INC.
            Website: http://www.moneymanagement.org
          Agency ID: 82632
```

**Agency Name:** PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@prosperityme.org
**Address:** 62 Elm St Ste 2
Portland, Maine 04101-3092
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:**
- English
- French
- Other
- Swahili

**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://prosperityme.org/
**Agency ID:** 80649

---

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:**
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.community-concepts.org
**Agency ID:** 81580

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685







WALZ CERTIFIED MAILER®

FROM **WALZ**

FORM #45663 VERSION: E0119

Label #1

Eric Richmond a/k/a Eric C. Richmond
66 Back Meadow Road
Nobleboro, ME 04555

Label #2

Eric Richmond a/k/a Eric C. Richmond
66 Back Meadow Road
Nobleboro, ME 04555

Label #3

Eric Richmond a/k/a Eric C. Richmond
66 Back Meadow Road
Nobleboro, ME 04555

A FOLD AND TEAR THIS WAY → OPTIONAL

TEAR ALONG THIS LINE

## U.S. Postal Service® CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2150 8809 26

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.05 | 4/26/21 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ .65 | |
| Total Postage and Fees | $ 7.70 | |

Sent to:

Reference Information

CS/MK Eric Richmond a/k/a Eric C. Richmond
4002.67

PS Form 3800, Facsimile, July 2015

B

Label #4

Certified Article Number

9414 7266 9904 2150 8809 26

SENDER'S RECORD

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2150 8809 29

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL®

9414 7266 9904 2150 8809 26

FOLD AND TEAR THIS WAY →

C FOLD AND TEAR THIS WAY →

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8809 29

1. Article Addressed to:

Eric Richmond a/k/a Eric C. Richmond
66 Back Meadow Road
Nobleboro, ME 04555

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2150 8809 26

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature ☐ Agent
X ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

CS/MK Eric Richmond a/k/a Eric C. Richmond
4002.67

Domestic Return Receipt

Thank you for using Return Receipt Service

**WALZ CERTIFIED MAILER®**

FROM **WALZ**

FORM #45663 VERSION: E0119

Label #1

Eric Richmond a/k/a Eric C. Richmond
227 4th Avenue
Brooklyn, NY 11215

Label #2

Eric Richmond a/k/a Eric C. Richmond
227 4th Avenue
Brooklyn, NY 11215

Label #3

Eric Richmond a/k/a Eric C. Richmond
227 4th Avenue
Brooklyn, NY 11215

A FOLD AND TEAR THIS WAY → OPTIONAL

TEAR ALONG THIS LINE

## U.S. Postal Service® CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2150 8809 19

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.05 | 4/26/21 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ .65 | |
| Total Postage and Fees | $ 7.70 | |

Sent to:

Reference Information

CS/MK Eric Richmond a/k/a Eric C. Richmond
4002.67

PS Form 3800, Facsimile, July 2015

B

Label #4 Certified Article Number 9414 7266 9904 2150 8809 19 SENDER'S RECORD

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2150 8809 12

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL®

9414 7266 9904 2150 8809 19

FOLD AND TEAR THIS WAY →

C FOLD AND TEAR THIS WAY →

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8809 12

1. Article Addressed to:

Eric Richmond a/k/a Eric C. Richmond
227 4th Avenue
Brooklyn, NY 11215

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2150 8809 19

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

CS/MK Eric Richmond a/k/a Eric C. Richmond
4002.67

PS Form 3811, Facsimile, July 2015

Domestic Return Receipt

Thank you for using Return Receipt Service

WALZ CERTIFIED MAILER®

FROM **WALZ**

FORM #45663 VERSION: E0119

Label #1

Eric Richmond a/k/a Eric C. Richmond
P.O. Box 139
Nobleboro, ME 04555-0139

Label #2

Eric Richmond a/k/a Eric C. Richmond
P.O. Box 139
Nobleboro, ME 04555-0139

Label #3

Eric Richmond a/k/a Eric C. Richmond
P.O. Box 139
Nobleboro, ME 04555-0139

A FOLD AND TEAR THIS WAY → OPTIONAL

TEAR ALONG THIS LINE

## U.S. Postal Service® CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2150 8809 02

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.05 | 4/26/21 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ .65 | |
| Total Postage and Fees | $ 7.70 | |

Sent to:

Reference Information

CS/MK Eric Richmond a/k/a Eric C. Richmond
4002.67

PS Form 3800, Facsimile, July 2015

B

Label #4 Certified Article Number 9414 7266 9904 2150 8809 02 SENDER'S RECORD

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2150 8809 05

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL®

9414 7266 9904 2150 8809 02

FOLD AND TEAR THIS WAY →

C FOLD AND TEAR THIS WAY →

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8809 05

1. Article Addressed to:

Eric Richmond a/k/a Eric C. Richmond
P.O. Box 139
Nobleboro, ME 04555-0139

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2150 8809 02

PS Form 3811, Facsimile, July 2015

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature ☐ Agent
X ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

CS/MK Eric Richmond a/k/a Eric C. Richmond
4002.67

Domestic Return Receipt

Thank you for using Return Receipt Service

# Matthew Kelly

**From:** Nobody <nobody@informe.org>
**Sent:** Thursday, April 29, 2021 10:57 AM
**To:** Matthew Kelly
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan Graves & Longoria, LLC Owner of the mortgage:U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:Eric
Consumer Middle Initial/Middle Name:
Consumer Last name:Richmond a/k/a Eric H. Richmond Consumer Suffix:
Property Address line 1:66 Back Meadow Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Nobleboro
Property Address State:
Property Address zip code:04555
Property Address County:Lincoln

-----
Notification Details
-----

Date notice was mailed:4/26/2021
Amount needed to cure the default:179784.50 Consumer Address line 1:66 Back Meadow Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Nobleboro
Consumer Address State:ME
Consumer Address zip code:04555

# Matthew Kelly

**From:** Nobody <nobody@informe.org>
**Sent:** Thursday, April 29, 2021 10:59 AM
**To:** Matthew Kelly
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan Graves & Longoria, LLC Owner of the mortgage:U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:Eric
Consumer Middle Initial/Middle Name:
Consumer Last name:Richmond a/k/a Eric H. Richmond Consumer Suffix:
Property Address line 1:66 Back Meadow Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Nobleboro
Property Address State:
Property Address zip code:04555
Property Address County:Lincoln

-----
Notification Details
-----

Date notice was mailed:4/26/2021
Amount needed to cure the default:179636.74 Consumer Address line 1:227 4th Avenue Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Brooklyn
Consumer Address State:NY
Consumer Address zip code:11215

# Matthew Kelly

**From:** Nobody <nobody@informe.org>
**Sent:** Thursday, April 29, 2021 11:01 AM
**To:** Matthew Kelly
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan Graves & Longoria, LLC Owner of the mortgage:U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:Eric
Consumer Middle Initial/Middle Name:
Consumer Last name:Richmond a/k/a Eric H. Richmond Consumer Suffix:
Property Address line 1:66 Back Meadow Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Nobleboro
Property Address State:
Property Address zip code:04555
Property Address County:Lincoln

-----
Notification Details
-----

Date notice was mailed:4/26/2021
Amount needed to cure the default:179784.50 Consumer Address line 1:P.O. Box 139 Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Nobleboro
Consumer Address State:ME
Consumer Address zip code:04555

mk

**DOONAN, GRAVES & LONGORI**
ATTORNEYS AT LAW

100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915

^1: 9327120168313 9

**1st NOTICE** 4-28
**2nd NOTICE** 5/4
**RETURNED** 5/10

CERTIFIED MAIL

Eric Richmond a/k/a Eric C. Richmond
P.O. ~~Box 139~~ 66 Back Meadow
Nobleboro, ME 04555-0139

9414 7266 9904 2150 8809 02

BOSTON MA 020
26 APR 2021 PM 6 L

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 61915611599
*1821-11877-27-66

$7.05
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01970




LH

---

mk

**DOONAN, GRAVES & LONGORI**
ATTORNEYS AT LAW

100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915

^1: 9326000096113 0

CERTIFIED MAIL

Eric Richmond a/k/a Eric C. Richmond
66 Back Meadow Road
Nobleboro, ME 04555

9414 7266 9904 2150 8809 26

BOSTON MA 020
26 APR 2021 PM 6 L

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 61915611599
*1821-11993-27-66

$7.05
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01970




4/27
5/4

LH

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ×

**Tracking Number:** 9414726699042150880919

Your item was delivered to an individual at the address at 11:47 am on April 29, 2021 in BROOKLYN, NY 11215.

## ⊘ Delivered, Left with Individual

April 29, 2021 at 11:47 am
BROOKLYN, NY 11215



Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**April 29, 2021, 11:47 am**
Delivered, Left with Individual
BROOKLYN, NY 11215
Your item was delivered to an individual at the address at 11:47 am on April 29, 2021 in BROOKLYN, NY 11215.

**April 28, 2021, 12:25 pm**
Forward Expired
BROOKLYN, NY 11215

**April 27, 2021, 5:10 pm**
Departed USPS Regional Facility
BROOKLYN NY DISTRIBUTION CENTER

**April 27, 2021, 11:12 am**
Arrived at USPS Regional Facility
BROOKLYN NY DISTRIBUTION CENTER

**April 27, 2021, 12:51 am**
Departed USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

**April 27, 2021, 12:23 am**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

**Product Information** 

Feedback

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**