UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 OCT -5 P 3: 33

_____
DEPUTY CLERK

U.S. Bank National Association, as trustee
On behalf of the holders of the Asset
Backed Securities Corporation Home
Equity Loan Trust, Series NC 2005-HE8,
Asset backed Pass-Thru Certificates,
Series NC-2005-HE8

Civil Action No.: 2:21-cv-00208-JAW

_____

Plaintiff(s)

v.

Eric Richmond a/k/a Eric H. Richmond
And CitiMortgage, Inc., f/k/a Citicorp
Mortgage

DEFENDANT'S MOTION TO STRIKE
PORTIONS OF THE COMPLAINT
PURSUANT TO FRCP 12(F)

_____

Defendant(s)

NOW COMES Defendant, Eric Richmond, hereby moving to strike portions of the

complaint pursuant to  Fed. R. Civ. P. 12(F).

As grounds therefore, Defendant states the following:

1.  Plaintiff Complaint was filed on July 30, 2021.

2.  Complaint asserts that Plaintiff is in possession of an assignment of mortgage to

U.S. Bank National Association dated April 18, 2012 (Complaint EXH D).

3.  Said assignment of mortgage is purportedly from a company, New Century

Mortgage Corporation (NCMC) that held no assets whatsoever as of August 1,

2008.

4.  On November 20, 2009, the Delaware Bankruptcy Court entered an Order

confirming the Modified Second Amended Joint Chapter 11 Plan of Liquidation

(the "Modified Plan") (D.1. 9905). The Modified Plan adopted, ratified and

confirmed the New Century Liquidating Trust Agreement, dated as of August 1,

2008, which created the Trust and appointed the Trustee, removed all officers

and transferred all NCMC assets to a liquidating trust leaving nothing to assign

some 1,373 days later on April 18, 2012.

5. Such a patently impossible assignment of mortgage should be struck as

   irrelevant, inflammatory, scandalous and illegal.


**WHEREFORE**, Defendant respectfully requests that this Honorable Court strike

Complaint Exhibit D, an impossible, if not illegal, April 18, 2012 Assignment of Mortgage

and Complaint Paragraphs 10, 14,15, 22, 23, 24, 25, 26, 28, 34, 37, 42, 43, 45, 50,

WHEREFORE(e, g, h, n, p) which reference the impossible, if not illegal, April 18, 2012

Assignment of Mortgage.

Signature : Eric Richmond                    Date: October 4, 2021

Eric Richmond, Defendant
5 Elmwood Drive
Saco, Maine 04072
(646) 256-9613
gowanusx@gmail.com