UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8

CIVIL ACTION NUMBER:

2:21-cv-00208-JAW

Plaintiff vs.

Eric Richmond a/k/a Eric H. Richmond
and CitiMortgage, Inc., f/k/a Citicorp Mortgage, Inc.

Defendants

## THE GROVEL FOR WHAT IS RIGHTFULLY MINE,
## THE RIGHT TO DEMAND JURY TRIAL AND TO FILE TRIAL EXHIBITS

Whether or not I agree with the court's actions to date, sanctions and filing restrictions for unspecified grievances, and other un-waived procedural due process violations, this court's requirement that I grovel to be allowed to file things I have a right to file is to a tipping point.

**It is also clear that, having been sanctioned for unspecified grievances, Defendant is not free to seek those rights freely.**

As such Defendant requests permission to file the attached DEMAND FOR A JURY TRIAL and EXHIBITS FOR TRIAL.

Dated: June 22, 2025

Respectfully submitted,

Eric Richmond
66 Back Meadow Road
Nobleboro, Maine  04555
gowanusx@gmail.com
(646) 256-9613