UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: U.S. Bank National Association v Richmond, et al.

DOCKET NO: 2:21-cv-00208-JAW

PROCEEDING TYPE: Bench Trial 6/23/2025

## Exhibit List

| Pltf Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1. | | | **HUD 1 Settlement Statement** | X | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| 2. | | | **Title Policy** | | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| 3. | | | **Promissory Note New Century Mortgage Corporation** | | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| 4. | | | **Mortgage to** New Century Mortgage Corporation | X | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| 5. | | | **Assignment of Mortgage to** U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8 | X | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| 6. | | | **Notice in Compliance with 14 M.R.S. § 6111** | X | 6/23/2025 | 6/23/2025 | 6/23/2025 in part |
| 6A | | | **Letter re: Right to Cure** | | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| 7. | | | **Affidavit of Commencement** | X | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| 8. | | | **Proof of Residency** | | 6/23/2025 | | |
| 9. | | | **Plaintiff's Request for Admissions to Defendant** | X | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| 10. | | | **Judgment Figures/Payment History** | X | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| 11. | | | **U.S. Bankruptcy Court New York Decision** | X | 6/23/2025 | 6/23/2025 | X |
| 12. | | | **Military Status Report** | | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| 13. | | | **2014 US Bankruptcy docket New York** | X | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| 14. | | | **Notice of Assignment** | X | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| 15. | | | **Certificate of Authority** | X | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| 16. | | | **Original letter sent to Richmond from law firm** | | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| | 1 | | Certificate from Maine Secretary of State | | 6/23/2025 | 6/23/2025 | 6/23/2025 |
| | 2 | | Copy of voter registration | | 6/23/2025 | 6/23/2025 | 6/23/2025 |

| | 6 | | Amortization table | | X | 6/23/2025 | 6/23/2025 | X |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | |
| | | | | | | | | |