# UNITED STATES DISTRICT COURT
## District of Maine

### Witness List

| | |
|---|---|
| Case Name:  US BANK NATIONAL ASSOCIATION v RICHMOND et al<br>Case No.:  2:21-cv-00208-JAW | Proceeding Type:<br>Bench Trial |

| | | |
|---|---|---|
| Presiding Judge:  John A. Woodcock, Jr. | Plaintiff's Attorney:<br><br>Reneau J. Longoria, Esq.<br>John A. Doonan, Esq. | Defendant's Attorney:<br><br>Eric Richmond, Pro Se |
| Courtroom Deputy:  Joanne M | | |
| Court Reporter:  Lori Dunbar | | |

| Pla | Dft | Date | WITNESS |
|:---:|:---:|:---:|:---:|
| X | | 6/23/2025 | Michelle Simon |
| X | | 6/23/2025 | Attorney John Doonan |
| | X | 6/23/2025 | Eric Richmond |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |